UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| **DEBORAH POLIMENI,**<br><br>                              Plaintiff,<br>     -vs-<br><br>**COAST PROFESSIONAL, INC.,**<br><br>                              Defendant. | *Civil Action No. 6:11-cv-06129-MAT* |

### NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Deborah Polimeni hereby voluntarily dismisses the present action against Defendant Coast Professional, Inc., with prejudice, and each side to bear its own costs.

Date: May 4, 2011

/s/Frank J. Borgese
Frank J. Borgese, Esq.
Graham Law, P.C.
*Attorneys for the Plaintiff*
1207 Delaware Ave., Suite 202
Buffalo, New York 14209
fborgese@grahamlawpc.com
716.200.1520